**Order entered March 27, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01391-CV

**MARSHA FONTANIVE, Appellant**

**V.**

**CDX HOLDINGS, INC., Appellee**

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-01736-A**

## ORDER

We **GRANT** appellee's March 26, 2015 second unopposed motion for extension of time

to file brief and **ORDER** the brief be filed no later than May 4, 2015.


/s/      CRAIG STODDART
            JUSTICE